**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEJA KNOWLTON,

    Plaintiff,

v.                                                                         CASE NO.

CONSUMER DIRECT FOR
FLORIDA, LLC,

    Defendant.

## NOTICE OF REMOVAL

Defendant Consumer Direct for Florida, LLC ("Consumer Direct" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby gives notice of the removal of this action to this Court from the County Court, Fourth Judicial Circuit, in and for Duval County, Florida. In support of this Notice of Removal, Defendant states as follows:

## PROCEDURAL ALLEGATIONS

1. On or about March 26, 2019, Deja Knowlton ("Plaintiff") filed a complaint in the County Court, Fourth Judicial Circuit, in and for Duval County, Florida entitled *Deja Knowlton v. Consumer Direct for Florida, LLC,* Case No. 16-2019-CC-004131-XXXX-MA (the "State Court Action").

2. On April 12, 2019, Plaintiff served Defendant's registered agent with a Summons and copy of Plaintiff's Complaint. This Notice of Removal is therefore timely filed within thirty (30) days of Defendant's receipt of the Complaint as required by 28 U.S.C. §

1446(b).  A copy of the Summons is attached hereto as **Exhibit A.**

3.  Copies of all process, pleadings, orders, and other papers or exhibits on file in the State Court Action, including those that were served upon Defendant, are attached hereto as **Exhibit B.**

## FEDERAL QUESTION JURISDICTION

4.  Plaintiff's Complaint alleges that Consumer Direct violated 29 U.S.C § 201 *et seq.* ("FLSA"). *See* Compl. ¶¶ 2-27.  Because the Complaint raises a federal question, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and Defendant may remove this case to this Court pursuant to 28 U.S.C. § 1441(a).[1]

5.  The District and Division embracing the place where the State Action is pending is the United States District Court for the Middle District of Florida, Jacksonville Division.  *See* 28 U.S.C. §§ 89, 28 U.S.C. § 1441(a).

6.  In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of the removal of this action and file a notice of the filing of this Notice of Removal in the County Court, Fourth Judicial Circuit, in and for Duval County, Florida.

7.  The required filing fee of $400 and an executed civil cover sheet accompany this Notice of Removal.

---

[1] Plaintiff also characterizes her action as one "for unpaid wages generally under Section 448.08, Florida Statutes." *See* Compl. ¶ 2. To the extent Plaintiff asserts a claim for unpaid wages under Florida law and/or for costs and attorneys' fees under § 448.08, this Court may exercise supplemental jurisdiction under 28 U.S.C. § 1367(a) because the parties would rely on the same evidence regarding Plaintiff's hours of work and compensation during her alleged employment with Defendant in connection with the FLSA and state law claims. The state and federal claims would therefore "arise from the same facts, or involve similar occurrences, witnesses or evidence." *See Hudson v. Delta Air Lines, Inc.*, 90 F.3d 451, 455 (11th Cir. 1996); 28 U.S.C. § 1367(a); *see also Nelson v. CK Nelson, Inc.*, No. 07-61416-CIV-MARRA, 2008 U.S. Dist. LEXIS 43544, *13 (S.D. Fla. June 2, 2008).

WHEREFORE, Defendant respectfully removes this action to this Court from the County Court, Fourth Judicial Circuit, in and for Duval County, Florida.

Dated:  May 10, 2019.

                                          Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By:  */s/ Theresa M. Waugh*
Theresa M. Waugh
Florida Bar No. 089593
Email: twaugh@littler.com

Kimberly Doud
Florida Bar No.: 0523771
Email: kdoud@littler.com

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA 30326.4803
Telephone:    404.233.0330
Facsimile:    404. 233.2361

Jessie Brown*
Georgia Bar No. 722947
Email: jmbrown@littler.com

*Pro Hac Vice Application to be submitted*

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I will send a copy via email to the following: Donald E. Pinaud, Jr., Law Office of Don Pinaud, 4069 Atlantic Blvd., Jacksonville, FL 32207, dp@jaxjustice.com.

*/s/ Theresa M. Waugh*
Theresa M. Waugh