**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DEJA KNOWLTON,**

      **Plaintiff,**

v.                                             **CASE NO.  3:19-CV-00558-TJC-PDB**

**CONSUMER DIRECT FOR**
**FLORIDA, LLC,**

      **Defendant.**

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendant Consumer Direct for Florida, LLC ("Defendant"), respectfully moves for a thirty (30) day extension of time to file a response to plaintiff's Complaint. In support of this request, Defendant states as follows:

1. On May 10, 2019, Defendant removed this action to this Court based upon federal jurisdiction. *See* Defendant's Notice of Removal.  ECF No. 1.

2. Defendant did not file a response to the Complaint in state court prior to removing this action to this Court. Therefore, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's response is currently due on May 17, 2019.

3. Defendant and its counsel are evaluating the allegations in the Complaint in order to formulate a proper response thereto. Defendant's counsel has also reached out to plaintiff's counsel so that they may confer regarding the allegations. As such, Defendant

requests that its deadline to respond to the Complaint be extended to through and including Monday, June 17, 2019.

## MEMORANDUM OF LAW

Under Federal Rule of Civil Procedure 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." Defendant seeks this extension of time prior to the expiration of the time period in which it is required to respond to the Complaint and has shown good cause for the requested extension. Moreover, Defendant seeks this extension in good faith and not for purposes of delay.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has conferred with plaintiff's counsel, Donald Pinaud. Mr. Pinaud advised he does not object to the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that this Court grant its motion for an extension of time, allowing it through and including Monday, June 17, 2019, in which to answer or otherwise respond to the Complaint.

Dated:  May 13, 2019.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By:  */s/ Theresa M. Waugh*
Kimberly Doud
Florida Bar No.: 0523771
Email: kdoud@littler.com

Theresa M. Waugh
Florida Bar No. 089593
Email: twaugh@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I will send a copy via email to the following: Donald E. Pinaud, Jr., Law Office of Don Pinaud, 4069 Atlantic Blvd., Jacksonville, FL 32207, dp@jaxjustice.com.

*/s/ Theresa M. Waugh*
Theresa M. Waugh