UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DEJA KNOWLTON**

       **Plaintiff,**          Case No.: 3:19-cv-00558-TJC-PDB

**v.**

**CONSUMER DIRECT FOR FLORIDA, LLC.**

       **Defendant**
_____/

**NOTICE OF COMPLIANCE BY JESSICA M. BROWN WITH
<u>ORDER GRANTING SPECIAL ADMISSION</u>**

Defendant Consumer Direct for Florida, LLC hereby gives notice that its counsel, Jessica M. Brown, has complied with the requirements of the Court's May 29, 2019 Order granting special admission to Jessica M. Brown to appear *pro hac vice* in this action (ECF No. 9). Specifically, Ms. Brown has paid the *pro hac vice*/special admission fee, and she has registered her e-mail address with the Clerk of Court for CM/ECF in the Middle District of Florida.

Dated this 30th day of May, 2019.

       Respectfully submitted,

       LITTLER MENDELSON, P.C.
       111 North Magnolia Avenue, Suite 1250
       Orlando, Florida 32801
       Telephone: 407.393.2900
       Facsimile: 407.393.2929

By:   */s/ Jessica M. Brown*

       Kimberly Doud
       Florida Bar No.: 0523771
       Email: kdoud@littler.com

       Theresa M. Waugh

        Florida Bar No.: 89593
        Email: twaugh@littler.com

        LITTLER MENDELSON, P.C.
        3344 Peachtree Road N.E., Suite 1500
        Atlanta, GA 30326.4803
        Telephone: 404.233.0330
        Facsimile: 404. 233.2361

        Jessica M. Brown*
        Georgia Bar No. 722947
        Email: jmbrown@littler.com
        * Admitted Pro Hac Vice

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a correct copy of the foregoing has been furnished by the Court via electronic mail to:

        Donald E. Pinaud, Jr.
        Law Office of Don Pinaud
        4069 Atlantic Blvd.
        Jacksonville, GA 32207
        dp@jaxjustice.com

                */s/ Jessica M. Brown*
                Jessica M. Brown