UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DEJA KNOWLTON**

       **Plaintiff,**             Case No.: 3:19-cv-00558-TJC-PDB

**v.**

**CONSUMER DIRECT FOR FLORIDA, LLC.**

       **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, plaintiff Deja Knowlton ("Plaintiff") and defendant Consumer Direct for Florida, LLC ("Defendant") (Plaintiff and Defendant are together referred to as the "Parties"), by and through their undersigned counsel, hereby advise the Court that the Parties have reached an amicable settlement of Plaintiff's claims. The Parties are preparing the settlement papers and will seek dismissal of this action after they are finalized.

Dated this 14th day of June, 2019. Respectfully submitted,

| **/s/ Donald E. Pinaud, Jr.**<br>Donald E. Pinaud, Jr.<br>Florida Bar No.: 111694<br>E-mail: dp@jaxjustice.com | **/s/ Theresa M. Waugh**<br>Kimberly J. Doud<br>Florida Bar No.: 0523771<br>Email: kdoud@littler.com<br><br>Theresa M. Waugh<br>Florida Bar No.: 89593<br>Email: twaugh@littler.com |
|---|---|

| | |
|---|---|
| KATTMAN & PINAUD, PA<br>4069 Atlantic Blvd.<br>Jacksonville, FL  32207<br>Phone:  (904) 552.5500<br>Facsimile:  (904) 398-1568 | LITTLER MENDELSON, P.C.<br>111 North Magnolia Avenue<br>Suite 1250<br>Orlando, FL  32801-2366<br>Telephone: (407) 393-2900<br>Facsimile:  (407) 393-2929<br><br>LITTLER MENDELSON, P.C.<br>3344 Peachtree Road N.E., Suite 1500<br>Atlanta, GA 30326.4803<br>Telephone: 404.233.0330<br>Facsimile: 404. 233.2361<br><br>Jessica M. Brown*<br>Georgia Bar No. 722947<br>Email: jmbrown@littler.com<br>* Admitted Pro Hac Vice |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

2